# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

5 Mountain Avenue
North Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2238

\* Also Admitted in PA
\*\* Also Admitted in NJ
\*\*\* Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
\+ Also Admitted in MD

September 24, 2007

Hon. Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17C
New York, NY 10007

Re: Operative Plasterers' and Cement Masons' International
Association Local 262 f/k/a 530, et al. v. Binns General Construction, Inc.
Docket No.: 07 CIV 8024 (LTS)

**MEMO ENDORSED**

Dear Hon. Swain:

An initial conference has been scheduled for this matter on December 21, 2007 at 10:00am.

The Plaintiff in the above referenced action is respectfully requesting an adjournment of the conference due to the fact that Plaintiff's counsel will be out of town on that date. This is the first request for an adjournment. The complaint was filed on September 11, 2007 and has been sent to a process server but the defendant has not been served as of today's date. Since the defendant has not responded to the complaint, we are unable to seek their consent with regard to this request.

Please consider the following dates, with a morning time in scheduling the conference: January 18, 2007, January 22, 2007, January 23, 2007 and January 25, 2007.

Please contact me should you have any questions. Thank you for your cooperation with regard to this matter.

Sincerely,

Danielle M. Carney, Esq.
DMC:lc

cc: Fund Office

adjfedcrt2

*The conference is adjourned to January 18, 2008, at 10:45AM and the related deadlines are modified accordingly.*

**SO ORDERED.**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
9/27/2007