ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd   PH: 516-483
ADDRESS: 3 SURREY LANE  HEMPSTEAD  NY  11550   File No.:

*Trustees of the Operative Plasterers' and Cement Masons' International Association*
vs.
*Binns General Construction, Inc.,*

STATE OF NEW YORK, COUNTY OF NASSAU        SS.:

_____ELHAM SHATARA_____, being duly sworn deposes and says: Deponent is not a party

of age and resides in New York State. On _____October 1, 2007_____ at ___11:19 AM___

at _____1918 Chelsea Street  Elmont, NY 11003_____,

_____**Summons In A Civil Action, Complaint, Fed R. Civ. 7.1, and Judge's Practic**

with Index Number _____07 Civ 8024_____, and Date Purchased _____September 11, 2007_____ endors

on: **Binns General Construction, Inc.**_____, **De**

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person serve described as said person therein.

**#2 CORPORATION** [X]  By delivering to and leaving with _____EARL PINK - OWNER_____ and that d so served to be Managing Agent of the corporation, and authorized to accept service on behalf

*Service was made in the following manner after your deponent was unable, with due diligence, witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of su
Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actu
[ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ]  On _____, deponent completed service under the last two sections by d
_____ to the above a
postpaid properly addressed envelope marked "Personal and Confidential" in an official deposit
care and custody of the United States Post Office in the State of New York. Certified Mail No.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discr
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process up
being served because of the following: [ ] Unknown at Address   [ ] Evading   [
[ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendar
(use with #1, 2 or 3)   Sex __Male__   Color of skin __Black__   Color of hair __Black__   Age __36 - 50 Yrs.__
Weight __161 - 200 Lbs.__   Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ]  Deponent asked person spoken to whether the defendant was presently in military service of the United S
State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this __3__ day of _____October, 2007_____