UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRUSTEES OF THE OPERATIVE
PLASTERERS & CEMENT MASONS, et. al.

Plaintiffs,

v.

BINNS GENERAL CONSTRUCTION, INC.

Defendants.

------------------------------------------------------------x

**CV-07-8024**

**VOLUNTARY NOTICE
OF DISMISSAL**

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), the Plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: January 7, 2008
      Hempstead, NY

By:_____
      Danielle M. Carney, Esq. (DMC7471)
      BARNES, IACCARINO, VIRGINIA,
      AMBINDER & SHEPHERD, PLLC
      Attorney for Plaintiff
      3 Surrey Lane
      Hempstead, NY 11550
      (516) 483-2990