# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

5 Mountain Avenue
North Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2238

\*     Also Admitted in PA
\*\*    Also Admitted in NJ
\*\*\*   Also Admitted in OH
^     Also Admitted in DC
^^    Also Admitted in CT
+     Also Admitted in MD

**VIA ECF**

January 7, 2008

Honorable Laura Taylor Swain, USDJ
U.S. District Court
Southern District of New York
500 Pearl Street, Courtroom 17C
New York, NY 10007

Re:   Trustees of the Operative Plasterers & Cement Masons, et. al. v.
      Binns General Construction, Inc.

Dear Judge Swain:

This firm represents the Plaintiff with regard to the above referenced matter.

The parties have settled this matter. A Voluntary Notice of Discontinuance has been filed simultaneously with this letter.

Accordingly, please cancel the conference scheduled for January 18th at 10:45 a.m.

Thank you.

Sincerely,

Danielle M. Carney, Esq.

DMC:jp