USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 09 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x   CV-07-8024
TRUSTEES OF THE OPERATIVE
PLASTERERS & CEMENT MASONS, et. al.     **VOLUNTARY NOTICE** AND ORDER
                                        **OF DISMISSAL**

             Plaintiffs,

     v.

BINNS GENERAL CONSTRUCTION, INC.

             Defendants.
----------------------------------------------------------x

    PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), the Plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: January 7, 2008
      Hempstead, NY

By: _____
Danielle M. Carney, Esq. (DMC7471)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorney for Plaintiff
3 Surrey Lane
Hempstead, NY 11550
(516) 483-2990

SO ORDERED.

_____ 1/8/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE